**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   DEBORAH SUE MANIGO,                    No. C-06-2921 MMC

12              Plaintiff,                  **ORDER DISMISSING CASE WITHOUT PREJUDICE**

13      v.

14   U-HAUL and CHAGIT SHMARGED,

15              Defendants.

16   _____/

17

18        In an order filed June 13, 2006, the Court dismissed the instant action for lack of

19   subject matter jurisdiction and afforded plaintiff leave to amend her complaint.  The Court

20   further ordered that if plaintiff failed to file, by July 14, 2006, an amended complaint setting

21   forth a basis for federal jurisdiction over the action, the Court would dismiss the action

22   without prejudice to plaintiff's refiling the action in state court.  To date, plaintiff has not filed

23   an amended complaint.

24        Accordingly, the instant action is hereby dismissed without prejudice to plaintiff's

25   refiling the instant action in state court.

26        The Clerk shall close the file.

27        **IT IS SO ORDERED.**

28
     Dated: July 25, 2006                    _____
                                             MAXINE M. CHESNEY
                                             United States District Judge